**NATIONAL LABOR RELATIONS BOARD**

v.

**INTERNATIONAL HOD CARRIERS BUILDING & COMMON LABORERS' UNION OF AMERICA.**

No. 17289.

United States Court of Appeals Eighth Circuit.

May 13, 1963.

Dominick L. Manoli, Associate Gen. Counsel, and Marcel Mallet-Prevost, Asst. Gen. Counsel, N. L. R. B., for petitioner.

David D. Weinberg, Omaha, Neb., for respondent.

PER CURIAM.

Petition for enforcement of Order of the National Labor Relations Board dismissed without prejudice & certified record to be returned to petitioner.

**Harry G. SEABOLDT**

v.

**PENNSYLVANIA RAILROAD COMPANY**

v.

**THOMPSON MAHOGANY COMPANY, Third-Party Defendant, Appellant.**

No. 14269.

United States Court of Appeals Third Circuit.

Argued May 23, 1963.

Decided May 31, 1963.

See also 290 F.2d 296.

Lynn L. Detweiler, Philadelphia, Pa. (Swartz, Campbell & Henry, Philadelphia, Pa., on the brief), for appellant.

F. Hastings Griffin, Jr., Philadelphia, Pa. (William J. Sharkey, Dechert, Price & Rhoads, Philadelphia, Pa., on the brief), for appellee.

Before KALODNER, STALEY and SMITH, Circuit Judges.

PER CURIAM.

On review of the record we find no error. The District Court's Order and Judgment dated October 26, 1962 will be affirmed.

**Andrew STEPHENS, Appellant,**

v.

**UNITED STATES of America, Appellee.**

No. 20146.

United States Court of Appeals Fifth Circuit.

May 24, 1963.

James M. Roberts, Atlanta, Ga., for appellant.

Edgar L. Jenkins, Asst. U. S. Atty., Atlanta, Ga., Charles L. Goodson, U. S. Atty., for appellee.

Before TUTTLE, Chief Judge, JONES, Circuit Judge, and DEVANE, District Judge.

PER CURIAM.

Having considered the record carefully, we are of the clear opinion that no prejudicial error was committed by the trial court and that the judgment of conviction and sentence must be affirmed.

The judgment is

Affirmed.